Case 7:07-cr-00046-GHL   Document 6   Filed 05/17/07   Page 1 of 1


*Copy sent 5/16 3pm*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

GARY L. KEHL

:

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-46 (GHL)

Anthony M. Neddo, Esq. (Retained)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to the amended count stated on the record.

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.20 of the NY State Penal Law.

**DATE OFFENSE CONCLUDED:** December 2, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $125.00 and a $5.00 special assessment, payable on or before July 15, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that original **Count 1** of the Information is dismissed on motion of the United States.

_____May 9, 2007_____
Date of Imposition of Sentence

____May 15, 2007____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge